# Court of Appeals
# of the State of Georgia

ATLANTA,   May 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0026. CHATMAN v. HANCOCK COUNTY SCHOOL DISTRICT et al.**

The Motion and Request for Extension of Time to File a Notice of Appeal, Briefs and Applications Pursuant to OCGA § 5-6-39, Court Rule 5, and Rule 40 (b), filed by Appellant Stephaine Chatman has been considered and is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/30/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*